ROTH, Circuit Judge,
concurrence.
I agree that plaintiffs have demonstrated standing and made sufficient allegations of violations of equal-protection rights .. I differ from the majority in its failure to determine whether “intermediate scrutiny” or “strict scrutiny” applies here. In our determinations so far, we have also, I be *310 lieve, made the findings necessary to resolve the issue of the appropriate level of scrutiny.
In my opinion, “intermediate scrutiny” is appropriate here. I say this because “intermediate scrutiny” is the level applied in gender discrimination cases. I have the immutable characteristic of being a woman. I am happy with this condition, but during my 80 years on this earth, it has caused me at times to suffer gender discrimination. My remedy now for any future gender discrimination would be reviewed with “intermediate scrutiny.” For that reason, I cannot endorse a level of scrutiny in other types of discrimination cases that would be stricter than the level which would apply to discrimination against me as a woman.